# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| GLORIA J. LAMBERT,<br><br>        Plaintiff,<br>vs.<br><br>JO ANNE B. BARNHART, Commissioner<br>of the Social Security Administration,<br><br>        Defendant. | 1:05-cv-620-SEB-VSS |

## J U D G M E N T

The court, having this day made its Entry,

**IT IS THEREFORE ADJUDGED** that the final decision of the Commissioner that Gloria J. Lambert is not entitled to Supplemental Security Income based on her application filed on November 9, 2000, is **AFFIRMED.**


Date: 05/11/2006

_____
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana


Distribution:

Charles D. Hankey
charleshankey@hankeylawoffice.com

Thomas E. Kieper
UNITED STATES ATTORNEY'S OFFICE
tom.kieper@usdoj.gov